No. 81–5641.  FISCHETTI *v.* ASCIONE.  Appeal from Ct. App. N. Y. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–5709.  WITTNER *v.* CASS COUNTY WELFARE DEPARTMENT ET AL.  Appeal from Sup. Ct. Minn. dismissed for want of jurisdiction.  JUSTICE BRENNAN and JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. A–505.  HENRIQUE *v.* UNITED STATES MARSHAL ET AL.  C. A. 9th Cir.  Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–511.  GABRIEL *v.* UNITED STATES.  Application for bail, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–530.  THOMPSON *v.* UNITED STATES.  Application for bail, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. 9, Orig.  UNITED STATES *v.* LOUISIANA ET AL.  The Final Accounting of the United States, the corrected Final Accounting of the United States, and the Final Accounting of Louisiana are ordered filed.  Objections to the Final Accountings are referred to the Special Master.  JUSTICE MARSHALL took no part in the consideration or decision of this order.  [For earlier proceeding herein, see, *e. g.*, 452 U. S. 726.]